# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DIMAS SANTIAGO**, | : | **CIVIL ACTION NO. 1:12-CV-2007** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **ADAM SAUL**, *et al.*, | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 14th day of August, 2013, upon consideration of the Report and Recommendation of United States Magistrate Judge Thomas M. Blewitt (Doc. 33), recommending that defendants' motion to dismiss (Doc. 19) be granted with respect to all constitutional claims raised against Defendants Saul and Lebanon County in plaintiff's amended complaint (Doc. 12) and that plaintiff's amended complaint be dismissed with prejudice, and, following an independent review of the record, and noting that plaintiff filed objections[1] to the report (Doc. 34) on May 16, 2013, and the court finding Magistrate Judge Blewitt's analysis to be thorough and well-reasoned, and the court finding the objections to be without merit and squarely addressed by Magistrate Judge Blewitt's report (Doc. 33), it is hereby ORDERED that:

---

[1] Where objections to a magistrate judge's report and recommendation are filed, the court must perform a *de novo* review of the contested portions of the report. Supinski v. United Parcel Serv., Civ. A. No. 06-0793, 2009 WL 113796, at *3 (M.D. Pa. Jan. 16, 2009) (citing Sample v. Diecks, 885 F.2d 1099, 1106 n. 3 (3d Cir. 1989); 28 U.S.C. § 636(b)(1)(c)). "In this regard, Local Rule of Court 72.3 requires 'written objections which . . . specifically identify the portions of the proposed findings, recommendations or report to which objection is made and the basis for those objections.'" Id. (citing Shields v. Astrue, Civ. A. No. 07-417, 2008 WL 4186951, at *6 (M.D. Pa. Sept. 8, 2008)).

1. The Report and Recommendation of Magistrate Judge Blewitt (Doc. 33) are ADOPTED.

2. Defendants' motion to dismiss (Doc. 19) is GRANTED with respect to all constitutional claims raised against Defendants Saul and Lebanon County.

3. Plaintiff's amended complaint (Doc. 12) is DISMISSED with prejudice.

4. Plaintiff's remaining motions (Docs. 30, 35)) are DISMISSED as moot.

5. The Clerk of Court is directed to CLOSE this case.

6. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge